# IN THE SUPREME COURT OF THE STATE OF NEVADA

RICHARD L. MILBOURN,
Petitioner,
vs.
NEVADA DEPARTMENT OF
CORRECTIONS; ROBERT LEGRAND,
WARDEN; EMPLOYEE CLERK, SGT.;
AND NEVADA ATTORNEY GENERAL,
Respondents,
and
JOHN C. LAMBROSE,
Real Party in Interest.

No. 66191

FILED

NOV 14 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This is a proper person original petition for extraordinary relief. Petitioner, an inmate, asserts that he is entitled to immediate discharge from prison due to an order entered by the federal court in 1994. He also requests monetary damages and asks that this court incarcerate all other parties in this matter. Having considered the petition filed in this matter,[1] we conclude that petitioner has not demonstrated that our intervention by way of extraordinary relief is warranted. *See Smith v.*

---

[1]Petitioner did not file an appendix in support of his petition.

14-37628

*Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991); *see also* NRAP 21(b)(1). Accordingly, we

ORDER the petition DENIED.[2]

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:    Richard L. Milbourn
       Attorney General/Carson City
       Federal Public Defender/Las Vegas

---

[2]Because we deny the petition, we also deny petitioner's July 31, 2014, motion to appoint counsel. Further, although petitioner requested emergency treatment of his petition, he failed to demonstrate that emergency treatment was warranted. NRAP 21(a)(6); NRAP 27(e).